UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEN JACKSON,<br><br>                Plaintiff,<br>vs.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION AND MERCK & CO., INC.,<br><br>                Defendants. | Civil Action No.: 1:07-cv-02958<br><br>**DEFENDANT'S DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel for Defendant, Novartis Pharmaceuticals Corporation ("NPC"), hereby discloses and certifies that, to the best of my knowledge and belief, the following is a complete list of NPC's parent corporations and publically held companies that own 10% or more of NPC's stock:

1. Parent Companies:

    (1) Novartis Finance Corporation, a New York corporation;

    (2) Novartis Corporation, a New York corporation;

    (3) Novartis Holding, AG, a Swiss company; and

    (4) Novartis AG, a Swiss company, publically traded on the New York Stock Exchange.

2. Subsidiaries not wholly owned by NPC:

    (1) Novartis Biotech Partnership, Inc.

3. Publically held companies owning more than 10% of NPC stock:

(1) Novartis AG indirectly owns a 100% interest in NPC.

Dated:  May 8, 2007                                              Respectfully submitted,

s/ Ethan D. Stein
Diane E. Lifton (DL-9673)
Ethan D. Stein (ES-7130)
GIBBONS P.C.
One Pennsylvania Plaza, 37th Floor
New York, NY 10119-3701
Phone: 212-613-2000
Fax: 212-333-5980
*Counsel for Defendant Novartis Pharmaceuticals Corporation*

*Of counsel:*
Joe G. Hollingsworth
Donald W. Fowler
Katharine R. Latimer
Robert E. Johnston
SPRIGGS & HOLLINGSWORTH
1350 I Street, NW, Ninth Floor
Washington, D.C. 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

# CERTIFICATE OF SERVICE

     I hereby certify that on May 8, 2007, the Defendant's Disclosure Statement was filed with the Clerk of the Court and served in accordance with the Southern District's Rules on Electronic Service upon the following parties and participants:

Russel H. Beatie, Esq.
Daniel A. Osborn, Esq.
Beatie and Osborn LLP
521 Fifth Avenue, 34th Floor
New York, NY  10175

     I further certify that on May 8, 2007, I served a true and correct copy of the foregoing Defendant's Disclosure Statement by United States Mail, postage prepaid, on:

| | |
|---|---|
| M. King Hill, III<br>Venable, Baetjer And Howard LLP<br>210 Allegheny Avenue<br>Towson, MD 21204<br>Phone: (410) 494-6260<br>Fax: (410) 821-0147 | Theodore VanHuysen Mayer<br>Hughes Hubbard & Reed, LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>Phone: (212) 837-6000<br>Fax: (212) 422-4726 |
| The Powell Law Firm, L.C.<br>269 South Beverly Drive<br>Suite 1156<br>Beverly Hills, CA  90212<br>Phone: (888) 238-1998<br>Fax: (310) 388-1570 | The Offices of Jeffrey C. Bogert<br>501 Colorado Boulevard<br>Suite 208<br>Santa Monica, CA  90401<br>Phone: (310) 395-5025<br>Fax: (310) 395-5071 |

                                                                              s/ Ethan D. Stein
                                                                              Ethan D. Stein