# United States District Court

SOUTHERN DISTRICT OF NEW YORK

Ben Jackson

V.

Novartis Pharmaceuticals Corporation and
Merck & Co., Inc.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**07 CV 2958**

TO: (Name and address of defendant)

Novartis Pharmaceuticals Corporation
One Health Plaza
East Hanover, New Jersey  07936-1080

Merck & Company
One Merck Drive
Whitehouse Station, NJ 08889

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Beatie and Osborn LLP
521 Fifth Avenue, 34th Floor
New York, New York  10175

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

APR 1 2 2007

CLERK

(BY) DEPUTY CLERK

DATE

| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|
| SERVICE OF: **SUMMONS AND COMPLAINT**<br>EFFECTED (1) BY ME: **PASCAL KUVALAKIS**<br>TITLE: **PROCESS SERVER** | DATE: **04/18/2007  02:45PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

NOVARTIS PHARMACEUTICALS CORPORATION

Place where served:

ONE HEALTH PLAZA   EAST HANOVER TWP. NJ 07936

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

MAT GARRISON ESQ.

Relationship to defendant: ATTORNEY

Description of person accepting service:

SEX: __M__  AGE: __36-50__  HEIGHT: __OVER 6'__  WEIGHT: __161-200 LBS.__  SKIN: __WHITE__  HAIR: __BLACK__  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.___     SERVICES $ ____.___     TOTAL $ ____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 04 / 18 / 20 07

_____ L.S.
SIGNATURE OF PASCAL KUVALAKIS
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

04/18/07
JSuley
JANIRA SANTIAGO-VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2007

ATTORNEY:     RSSEL H. BEATIE, ESQ.
PLAINTIFF:    BEN JACKSON
DEFENDANT:    NOVARTIS PHARMACEUTICALS CORPORATION
VENUE:        DISTRICT OF NY
DOCKET:       07 CV 2958

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS AND COMPLAINT** |
| EFFECTED (1) BY ME: | **JOSE ALARCON** |
| TITLE: | **PROCESS SERVER**   DATE: **04/19/2007  03:35PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

MERCK & COMPANY

Place where served:

ONE MERCK DRIVE   WHITE HOUSE STATION NJ 08889

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

JOAN E. DEARBORN

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: F___  AGE: 65+___  HEIGHT: 5'4"-5'8"___  WEIGHT: 131-160 LBS.___  SKIN: WHITE___  HAIR: BLACK___  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___          SERVICES $ _____.___          TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 4 / 19 / 20 07

_____ L.S.
SIGNATURE OF JOSE ALARCON
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

4/19/2007

CHERYL M. DE VERA
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 6, 2011

| | |
|---|---|
| ATTORNEY: | RSSEL H. BEATIE, ESQ. |
| PLAINTIFF: | BEN JACKSON |
| DEFENDANT: | NOVARTIS PHARMACEUTICALS CORPORATION, ET AL |
| VENUE: | DISTRICT OF NY |
| DOCKET: | 07 CV 2958 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RR