*Keenan, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x
IN RE: Fosamax Products Liability
Litigation                                              :    No. 1:06-md-01789-JFK
                                                        :
-------------------------------------------------x
*This document relates to*                              :

*Cherry v. Novartis Pharm. Corp., et al.*,              :
Case No. 1:06-cv-06151-JFK                              :

*Depp v. Merck & Co., Inc., et al.*,                    :
Case No. 1:06-cv-05522-JFK                              :

*Devivo v. Merck & Co., Inc.*,                          :
Case No. 1:06-cv-04107-JFK                              :

*Fleming v. Novartis Pharm. Corp., et al.*,             :
Case No. 1:06-cv-05085-JFK                              :

*Graves v. Merck & Co., Inc.*,                          :
Case No. 1:06-cv-05513-JFK                              :

*Greene v. Merck & Co., Inc.*,                          :
Case No. 1:06-cv-05088-JFK                              :

*Kligerman v. Merck & Co., Inc.*,                       :
Case No. 1:06-cv-05515-JFK                              :

*Limp v. Novartis Pharm. Corp., et al.*,                :
Case No. 1:06-cv-05516-JFK                              :

*Maley v. Merck & Co., Inc.*,                           :
Case No. 1:06-cv-04110-JFK                              :

*Maya v. Merck & Co., Inc., et al.*,                    :
Case No. 1:06-cv-05519-JFK                              :

*Miller v. Merck & Co., Inc., et al.*,                  :
Case No. 1:06-cv-05087-JFK                              :

*Sagrillo v. Merck & Co., Inc.*,                        :
Case No. 1:06-cv-05518-JFK                              :

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-20-2008

*Sargent v. Merck & Co., Inc.*,
Case No. 1:06-cv-05086-JFK

*Spiese v. Novartis Pharm. Corp., et al.*,
Case No. 1:06-cv-05084-JFK

*Turkisher v. Merck & Co., Inc., et al.*,
Case No. 1:06-cv-05521-JFK

*Dorfman v. Merck & Co., Inc.*,
Case No. 1:06-cv-14184-JFK

*Hamilton v. Novartis Pharm. Corp., et al.*,
Case No. 1:07-cv-07278-JFK

*Henneken v. Novartis Pharm. Corp., et al.*,
Case No. 1:06-cv-14240-JFK

*Huffman v. Merck & Co., Inc.*,
Case No. 1:06-cv-14238-JFK

*Jackson v. Novartis Pharm. Corp., et al.*,
Case No. 1:07-cv-02958-JFK

*Martin v. Merck & Co., Inc.*,
Case No. 1:07-cv-01758-JFK

*McClellan v. Merck & Co., Inc.*,
Case No. 1:06-cv-08300-JFK

*Rattner v. Merck & Co., Inc., et al.*,
Case No. 1:06-cv-14236-JFK

*Redford v. Merck & Co., Inc.*,
Case No. 1:07-cv-02953-JFK

*Schuell v. Merck & Co., Inc., et al.*,
Case No. 1:06-cv-14241-JFK

*Tucker v. Merck & Co., Inc.*,
Case No. 1:06-cv-11456-JFK

*Preston v. Merck & Co., Inc., et al.*,
Case No. 1:07-cv-07276-JFK

*Mione v. Novartis Pharm. Corp., et al.,*
Case No. 1:07-cv-02956-JFK

*Spiegel v. Merck & Co., Inc., et al.,*
Case No. 1:07-cv-02868-JFK
-------------------------------------------------------x

## PROPOSED ORDER

The United States District Court for the Southern District of New York hereby orders that the following Fosamax cases assigned to this Court are related to MDL-1789 and therefore subject to Case Management Order No. 3.

|    | Plaintiff Name       | Case Name                                   | MDL-1789 Docket No. |
|----|----------------------|---------------------------------------------|---------------------|
| 1  | Cherry, Ina          | *Cherry v. Novartis Pharm. Corp., et al.*   | 06-cv-06151         |
| 2  | Depp, Christine Brown| *Depp v. Merck & Co., Inc., et al.*         | 06-cv-05522         |
| 3  | DeVivo, Mary         | *Devivo v. Merck & Co., Inc.*               | 06-cv-04107         |
| 4  | Fleming, Jr., Edward | *Fleming v. Novartis Pharm. Corp., et al.*  | 06-cv-05085         |
| 5  | Graves, Judith       | *Graves v. Merck & Co., Inc.*               | 06-cv-05513         |
| 6  | Greene, Karen        | *Greene v. Merck & Co., Inc.*               | 06-cv-05088         |
| 7  | Kligerman, Irene     | *Kligerman v. Merck & Co., Inc.*            | 06-cv-05515         |
| 8  | Limp, Marion         | *Limp v. Novartis Pharm. Corp., et al.*     | 06-cv-05516         |
| 9  | Maley, Louise        | *Maley v. Merck & Co., Inc.*                | 06-cv-04110         |
| 10 | Maya, Steve          | *Maya v. Merck & Co., Inc., et al.*         | 06-cv-05519         |
| 11 | Miller, Barbara Anne | *Miller v. Merck & Co., Inc., et al.*       | 06-cv-05087         |
| 12 | Sagrillo, Willie     | *Sagrillo v. Merck & Co., Inc.*             | 06-cv-05518         |
| 13 | Sargent, Clina       | *Sargent v. Merck & Co., Inc.*              | 06-cv-05086         |
| 14 | Spiese, Jean         | *Spiese v. Novartis Pharm. Corp., et al.*   | 06-cv-05084         |
| 15 | Turkisher, Linda     | *Turkisher v. Merck & Co., Inc., et al.*    | 06-cv-05521         |
| 16 | Dorfman, Lillian     | *Dorfman v. Merck & Co., Inc.*              | 06-cv-14184         |
| 17 | Hamilton, Brian      | *Hamilton v. Novartis Pharm. Corp., et al.* | 07-cv-07278         |
| 18 | Henneken, Cheryl     | *Henneken v. Novartis Pharm. Corp., et al.* | 06-cv-14240         |
| 19 | Huffman, Anna        | *Huffman v. Merck & Co., Inc.*              | 06-cv-14238         |
| 20 | Jackson, Ben         | *Jackson v. Novartis Pharm. Corp., et al.*  | 07-cv-02958         |
| 21 | Martin, Brad         | *Martin v. Merck & Co., Inc.*               | 07-cv-01758         |
| 22 | McClellan, Marsha Lynn | *McClellan v. Merck & Co., Inc.*          | 06-cv-08300         |

| 23 | Rattner, Anita | *Rattner v. Merck & Co., Inc., et al.* | 06-cv-14236 |
| 24 | Redford, Kathryn S. | *Redford v. Merck & Co., Inc.* | 07-cv-02953 |
| 25 | Schuell, Vera | *Schuell v. Merck & Co., Inc., et al.* | 06-cv-14241 |
| 26 | Tucker, Kim | *Tucker v. Merck & Co., Inc.* | 06-cv-11456 |
| 27 | Preston, Susan | *Preston v. Merck & Co., Inc., et al.* | 07-cv-07276 |
| 28 | Mione, Angelarose | *Mione v. Novartis Pharm. Corp., et al.* | 07-cv-02956 |
| 29 | Spiegel, Anna O. | *Spiegel v. Merck & Co., Inc., et al.* | 07-cv-02868 |

**SO ORDERED.**
Dated: 2/20/08

JOHN F. KEENAN
UNITED STATES DISTRICT JUDGE

4